# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STEPHEN CHARLES VALDEZ,

          Plaintiff,

v.

KIMBERLY PARKER, *et al.*,

          Defendants.

Case No. C20-870-BJR-MLP

ORDER DIRECTING DEFENDANTS TO CONFIRM SERVICE OF SUMMARY JUDGMENT MOTION

      This is a civil rights action proceeding under 42 U.S.C. § 1983. On February 22, 2021, Defendants filed a motion for summary judgment together with seven supporting declarations and a *Rand* notice. (Dkt. ## 14-22.) Each document was accompanied by a certificate of service indicating that Defendants had served Plaintiff by sending a copy of the document to him at his address of record, a residential address in Marysville, Washington. (*See id.*) Because Defendants failed to assign a noting date to their summary judgment motion, the Court, on March 2, 2021, issued a Minute Order noting the motion on the Court's calendar for consideration on March 26, 2021. (Dkt. # 24) On March 15, 2021, the copy of the Minute Order sent to Plaintiff at his

ORDER DIRECTING DEFENDANTS
TO CONFIRM SERVICE OF SUMMARY
JUDGMENT MOTION - 1

address of record was returned to the Court with a notation indicating that it was undeliverable. (Dkt. # 25.)

Given that Defendants sent their summary judgment papers to Plaintiff at his address of record less than ten days before the Court sent its Minute Order to Plaintiff at the same address, and had the mail returned, the Court is concerned that Plaintiff may not have received Defendants' motion papers. Thus, before proceeding to resolution of Defendants' motion, the Court deems it appropriate to have Defendants confirm, if they are able to do so, that their motion papers, including the *Rand* notice, were actually delivered to Plaintiff's address.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Defendants shall advise the Court, not later than **May 14, 2021**, whether their summary judgment motion papers were delivered to Plaintiff's address of record or whether the papers were returned as undeliverable. Defendants' response to this Order will inform how the Court chooses to proceed with this matter should Plaintiff fail to update his address with the Court and Defendants' counsel as required by Local Civil Rule (LCR) 41(b)(2).

(2) The Clerk is directed to send copies of this Order to Plaintiff at his address of record, to counsel for Defendants, and to the Honorable Barbara J. Rothstein.

Dated this 29th day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS
TO CONFIRM SERVICE OF SUMMARY
JUDGMENT MOTION - 2