UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN CHARLES VALDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY PARKER, *et al.*,<br><br>    Defendants. | CASE NO. C20-870-BJR-MLP<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint to this Court for filing on June 2, 2020, and he alleged therein violations of his constitutional rights arising out of his confinement in the Snohomish County Jail from October 2017 to June 2018, and from June 2019 to March 2020. (Dkt. ## 1, 4.) Plaintiff's complaint was served on Defendants, and Defendants timely answered the complaint on August 31, 2020. (Dkt. ## 7, 11.) Shortly thereafter, on September 3, 2020, Plaintiff submitted a notice of change of address. (Dkt. # 12.) That was the last communication Plaintiff had with the Court.

On February 22, 2021, Defendants filed a motion for summary judgment together with supporting declarations and a *Rand* notice. (Dkt. ## 14-22.) The documents were accompanied by certificates of service indicating that Defendants served Plaintiff by sending copies of the

REPORT AND RECOMMENDATION - 1

documents to him at his address of record, a residential address in Marysville, Washington. (*See id.*) Because Defendants failed to assign a noting date to their summary judgment motion, the Court, on March 2, 2021, issued a Minute Order noting the motion on the Court's calendar for consideration on March 26, 2021. (Dkt. # 24) On March 15, 2021, the copy of the Minute Order sent to Plaintiff at his address of record was returned to the Court with a notation indicating that it was undeliverable. (Dkt. # 25.)

Given that Defendants sent their summary judgment papers to Plaintiff at his address of record shortly before the Court sent its Minute Order to Plaintiff at the same address, and had the mail returned, the Court became concerned that Plaintiff may not have received Defendants' motion papers. Thus, on April 29, 2021, the Court issued an Order directing Defendants to advise the Court if their motion papers had been successfully delivered or had been returned as undeliverable. (Dkt. # 27.) Defendants promptly responded to the Court's Order, advising that their motion papers had also been returned as undeliverable. (*See* Dkt. ## 28-30.)

Over sixty-days have now passed since mail directed to Plaintiff at his address of record was returned by the post office. Plaintiff has not notified the Court of his current address and it is apparent, based on Defendants' response to the Court's recent Order, that he also failed to keep Defendants apprised of his address. Accordingly, this action is subject to dismissal for failure to prosecute pursuant to LCR 41(b)(2). Because Plaintiff never received Defendants' motion papers, and the accompanying *Rand* notice, the Court declines to rule on Defendants' summary judgment motion. Plaintiff should, however, suffer some consequence for apparently abandoning this action while Defendants continued to litigate this case as they were obligated to do. Thus, while a dismissal under LCR 41(b)(2) would typically be without prejudice, this Court recommends that Plaintiff's complaint and this action be dismissed with prejudice to prevent

REPORT AND RECOMMENDATION - 2

Plaintiff from pursuing the same claims in a future action. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on June 18, 2021.

DATED this 27th day of May, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3