UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN CHARLES VALDEZ,

        Plaintiff,

v.

KIMBERLY PARKER, *et al.*,

        Defendants.

Case No. C20-870-BJR

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint (dkt. # 4) and this action are DISMISSED with prejudice, under LCR 41(b)(2), for failure to prosecute

(3) Defendants' motion for summary judgment (dkt. # 14) is STRICKEN as moot.

//
//
//

ORDER DISMISSING ACTION
PAGE - 1

(4) The Clerk is directed to send copies of this Order to counsel for Defendants, to Plaintiff at his last known address, and to Judge Peterson.

DATED this 29th day of July, 2021.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2